**Order entered May 14, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-01738-CV

### LEONARD R. THOMAS, Appellant

### V.

### DALLAS COUNTY, ET AL., Appellees

**On Appeal from the 192nd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. TX-12-31766**

## ORDER

Before the Court is appellant's April 18, 2014 motion requesting the reporter's record. The reporter's record was filed on May 9, 2014. Accordingly, we **DENY** appellant's motion as moot.

/s/     ADA BROWN
         JUSTICE